## McCLELLAN V. THE STATE.

*Murder.*

(Decided May 18, 1907.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by ANDERSON, J.

Affirmed.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

----

## MEDLIN V. GRAYSON.

*Assumpsit.*

(Decided Feb. 7, 1907.)

APPEAL from Madison Circuit Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for either party.

Per Curiam.—Affirmed on certificate.

----

## MOBILE J. & K. C. R. R. CO. V. THE STATE, EX REL. MONNELLE.

*Mandamus.*

(Decided April 2, 1907.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

McINTOSH & RITCH, E. H. FARRAR, W. H. RUSSELL, and H. PILLANS, for appellant.

GODKIN & CHADDURN, SULLIVAN & CROMWELL, and SMITH, FOSTER & SMITH, for appellee.

Per Curiam.—Appeal dismissed on motion of appellant.